UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON PAUL CHESTER,<br><br>               Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. 2:24-cv-00674-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court on its May 1, 2025 order to show cause within 21 days why this matter should not be dismissed for failure to prosecute and failure to serve. Dkt. No. 13. Having received no response from Plaintiff, the Court now DISMISSES this action.

      Dated this 27th day of June, 2025.

                                             *Lauren King*

                                             Lauren King
                                             United States District Judge

ORDER OF DISMISSAL - 1